

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2023

No. 04-22-00409-CV, 04-22-00410-CV

Jim **KIRKLAND**, All Occupants
Appellants

v.

**V & S TOTAL TRADE, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022 CV01025, 2022CV01033
Kevin Henderson, Judge Presiding

# O R D E R

On January 30, 2023, V&S Total Trade, LLC, the appellee, filed its appellee's brief. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 38.1 because it does not contain a statement of facts *with record references* or a proper legal argument *with appropriate citations to the appellate record. See id*. R. 38.1(g), (i).

Accordingly, we **ORDER** appellee's brief **STRICKEN** and **ORDER** appellee to file an amended brief in this court complying with Rule 38.1 on or before February 27, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court